CONNECTICUT STUDENT LOAN FOUNDATION *v.*
ARTHUR ROMANO
(3492)

DUPONT, C. J., HULL and HAMMER, Js.

Submitted on briefs September 20—decision released October 22, 1985

*Victor P. Fasano* filed a brief for the appellant (defendant).

*Robert F. Ludgin* filed a brief for the appellee (plaintiff).

PER CURIAM. There is no error.